1  SCOTTLYNN J HUBBARD, IV, SBN 212970
   LYNN HUBBARD, III SBN 69773
2  **DISABLED ADVOCACY GROUP, APLC**
   12 WILLIAMSBURG LANE
3  CHICO, CA. 95926
   Telephone:  (530) 895-3252
4  Facsimile:    (530) 894-8244

5  Attorneys for Plaintiff

6

7

8                    UNITED STATES DISTRICT COURT

9                          SOUTHERN DISTRICT

10

11  Richard Morgan,                  )   Case No. 07cv0359 L (RBB)
                                     )
12         Plaintiff,                )   **Order re: *Ex Parte* Application to be
                                     )   Excused From Participating in the
13         vs.                       )   Early Neutral Evaluation
                                     )   Conference**
14                                   )
    KFC Corporation, et al.          )
15                                   )
           Defendants.               )
16                                   )

17

18

19

20

21

22

23

24

25

26

27

28

*Morgan v. KFC Corporation, et al.*              Proposed Order Re: Plaintiff's *Ex Parte* Application
Case No. 07cv0359 L (RBB)

1                 <u>ORDER ON STIPULATION FOR DISMISSAL</u>

2       Having read the foregoing *Ex Parte* Application, and good cause

3 appearing therefore, Plaintiff is hereby excused from participating in the May 7,

4 2007 Early Neutral Evaluation Conference. Plaintiff's counsel shall appear in

5 person at the Conference.

7 Dated: May 4, 2007                      _____

8                                 Magistrate Judge of the District Court